IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Plaintiff,                                No. CIV S-10-2308 GGH P

    vs.

VIRGA,

    Defendants.                       <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action that has been filed using a form for a petition for a writ of habeas corpus. Plaintiff alleges prison officials are unlawfully removing money from his trust account for restitution when plaintiff does not owe any restitution.

        The purpose of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 is to challenge the legality of confinement. The purpose of a civil rights action is to challenge the conditions of confinement. Because this action challenges conditions of confinement, the court construes it as a civil rights action. Accordingly, the petition is dismissed with leave to file a civil rights complaint.

        The certificate portion of plaintiff's in forma pauperis application which must be completed by plaintiff's institution of incarceration has not been filled out. Plaintiff will be

1

1  provided the opportunity to submit a completed in forma pauperis application and a certified
2  copy of his trust account in support of his application.[1]
3      In accordance with the above, IT IS HEREBY ORDERED that:
4      1. This action is construed as a civil rights action; the petition is dismissed with
5  twenty-eight days to file a civil rights complaint;
6      2. The Clerk of the Court is directed to send plaintiff the form for a civil rights
7  complaint used in this district;
8      3. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is denied;
9      4. Plaintiff shall submit, within twenty-eight days from the date of this order, a
10  completed affidavit in support of his request to proceed in forma pauperis on the form provided
11  by the Clerk of Court;
12      5. The Clerk of the Court is directed to send plaintiff a new Application to
13  Proceed In Forma Pauperis By a Prisoner used in this district;
14      6. Plaintiff's failure to comply with this order will result in a recommendation
15  that this action be dismissed without prejudice.
16  DATED: 09/17/2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
nguo2308.b

---

[1] The court notes that plaintiff has filed approximately 15 different actions in the past year and has only followed court directions and filed an in forma pauperis application in a few cases.