IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

     Plaintiff,                   No. CIV S-10-2308 GGH P

    vs.

VIRGA,

     Defendants.         ORDER

_____/

       By order filed September 17, 2010, this action was construed as a civil rights action, the petition was dismissed, and plaintiff was granted twenty-eight days to file a civil rights complaint. The twenty-eight day period has now expired, and plaintiff has not filed a civil rights complaint or otherwise responded to the court's order. This action is before the undersigned pursuant to plaintiff's consent. Doc. 4.

       Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 24, 2011

                                   /s/ Gregory G. Hollows
                                   _____
                                   U.S. MAGISTRATE JUDGE

nguo2308.ff